1  GREGORY B. WOOD (SBN 68064)
2  FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone:  213-892-9200
4  Facsimile:  213-892-9494
5  Email address:  gwood@fulbright.com

6  MARK N. MUTTERPERL
7  JENIFER S. MCINTOSH
   FULBRIGHT & JAWORSKI L.L.P.
8  666 Fifth Avenue, 31st Floor
9  New York, New York  10103-3198
   Telephone:  (212) 318-3000
10 Facsimile:  (212) 318-3400
11 Email address:  mmutterperl@fulbright.com
   Email address:  jmcintosh@fulbright.com
12
13 Attorneys for Plaintiff The Procter &
   Gamble Company
14

15            IN THE UNITED STATES DISTRICT COURT

16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19 THE PROCTER & GAMBLE                  )
20 COMPANY,                              )
                                         )
21            Plaintiff,                 )
                                         )   Civil Action No. 05-CV-02014
22       v.                              )   (PJH)
                                         )
23                                       )
24 RONALD SHAW, et al.,                  )   STIPULATED ORDER
                                         )   RELEASING BOND
25            Defendants.                )
                                         )
26                                       )
                                         )
27                                       )
   _____ )
28

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATED ORDER RELEASING BOND

1         On May 20, 2005, pursuant to the Trademark Counterfeiting Act of 1984, 15

2   U.S.C. § 1116, the Court issued an *ex parte* order allowing seizure of counterfeit

3   products and related items from defendants Ronald Shaw, John Yan a/k/a Johnny

4   Y. Yan, and Shi Daxian a/k/a Daxian Shi (collectively, "defendants"). In that same

5   Order, the Court required The Procter & Gamble Company, ("Procter & Gamble")

6   to post a $10,000 bond pending confirmation of the seizure.

7         The Court having confirmed the seizure by Order dated May 20, 2005 and

8   the parties having stipulated to discharging the bond, it is hereby:

9         ORDERED that bond number 426445, which was posted on May 20,

10        2005, by American Contractors Indemnity Company, c/o Bond

11        Services of California, LLC, Dept. LA 22391, Pasadena, California

12        91185 (the "surety") on behalf of Procter & Gamble, be cancelled and

13        the surety fully and forever discharged from any obligation to any

14        party in this action.

15

16  DATE: June 6, 2005

17                                          United States District Court Judge

18

19  Gregory B. Wood (SBN 68064)            Justin Wang (SBN 166183)
20  Fulbright & Jaworski L.L.P.            Baughman & Wang
    555 South Flower Street, 41st Floor    111 Pine Street, Suite 1350
21  Los Angeles, California 90071          San Francisco, California 94111
    Telephone: 213-892-9200                Telephone: 415-576-9923
22  Facsimile: 213-892-9494                Facsimile: 415-576-9929

23  Mark N. Mutterperl
24  Jenifer S. McIntosh                    Attorney for Defendants Ronald Shaw,
    666 Fifth Avenue, 31st Floor           Daxian Shi and John Yan.
25  New York, New York 10103-3198
    Telephone: (212) 318-3000
26  Facsimile: (212) 318-3400

27
    Attorneys for Plaintiff The Procter &
28  Gamble Company

## PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On June 2, 2005, I served a copy of the within document(s):

**STIPULATED ORDER RELEASING BOND**

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Justin Wang, Esq.
Baughman & Wang
111 Pine Street
Suite 1350
San Francisco, CA 94111
Fax: (415) 576-9929

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1    I declare that I am employed in the office of a member of the bar of this court

2  at whose direction the service was made.

3    Executed on June 2, 2005, at Los Angeles, California.

4

5

6                               Susan Crippen

7                               Susan Crippen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

25539282.6

- 2 -