GREGORY B. WOOD (SBN 068064)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower, 41st Floor
Los Angeles, California 90071
Telephone: 213-892-9200
Facsimile: 213-892-9494
Email address: gwood@fulbright.com

MARK N. MUTTERPERL
JENIFER S. McINTOSH
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: 212-318-3000
Facsimile: 212-318-3400
Email address: mmutterperl@fulbright.com
Email address: jmcintosh@fulbright.com

Attorneys for Plaintiff
The Procter & Gamble Company.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RONALD SHAW, JOHN YAN, a/k/a JOHNNY YAN, SHI DAXIAN, a/k/a DA XIAN SHI, JOHN DOES AND/OR JANE DOES 1 – 50, AND XYZ BUSINESSES, <br><br> Defendants. | Civil Action No. CV-05-02014 (PJH) <br><br> **REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br> DATE: September 15, 2005 <br> TIME: 2:30 p.m. <br> PLACE: Courtroom 3, 17th Flr. |

DENIED
Judge Phyllis J. Hamilton

DOCUMENT PREPARED ON RECYCLED PAPER

25573512

1

Pursuant to Local Rule 16-10(a) Counsel for Procter & Gamble requests to participate in the Case Management Conference by telephone. Lead counsel for Procter & Gamble is located in Los Angeles. Participating by telephone will substantially reduce costs by avoiding travel expenses and travel time. In addition, lead counsel for Procter & Gamble is currently scheduled to participate in a panel of the Sedona Conference regarding electronic discovery issues. Participation in the case management conference by telephone will enable lead counsel to fulfill his obligations regarding the Sedona Conference as well as participate in the case management conference as currently scheduled. Procter & Gamble believes that participation by telephone will not impact the effectiveness of case management conference since lead counsel is fully prepared to address all of the agenda items.

Finally, this case has become relatively straight forward. The defendants have already stipulated to a preliminary injunction and have conceded that the goods in issue were counterfeit. Only issues of knowledge (intent) and the amount of recoverable damages are at issue. These issues will need to be addressed by some discovery. After this discovery is completed, there would seem to be a significant possibility that a settlement could be negotiated with the injunction being made permanent and a damages amount agreed upon.

Dated: September 6, 2005

MARK N. MUTTERPERL
JENIFER S. MCINTOSH
GREGORY B. WOOD
**FULBRIGHT & JAWORSKI L.L.P.**

By _____
GREGORY B. WOOD
Attorneys for Plaintiff
The Proctor & Gamble Company

# PROOF OF SERVICE

I, Mamie Page, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On September 6, 2005, I filed electronically the foregoing with the Clerk using the ECF system, and served a copy of the within document:

**REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

[x] by transmitting via email attachment as set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Justin X. Wang, Esq.            lawbw@aol.com
Baughman & Wang
111 Pine St., Suite 1350
San Francisco, CA  94111
Tel.: (415) 576-9923
Fax:  (415) 576-9929

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

DOCUMENT PREPARED
ON RECYCLED PAPER

25573512

3

1  I declare that I am employed in the office of a member of the bar of this court
2  at whose direction the service was made.
3  Executed on September 6, 2005, at Los Angeles, California.

_____
Mamie Page