# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

The Procter & Gamble Company

CASE NO. CV-05-02014 (PJH)

Plaintiff(s),

v.

Ronald Shaw, John Yan, a/k/a Johnny Yan, Shi Daxian, a/k/a Da Xian Shi

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE) (ADR L.R. 5)
✔ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✔ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline _____

Dated: Sept. 6, 2005

Attorney for Plaintiff

Dated: Sept. 6, 2005

Attorney for Defendant

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
✓ Mediation
  Private ADR

Deadline for ADR session
✓ 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: 9/8/05

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District

## PROOF OF SERVICE

I, Mamie Page, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On September 6, 2005, I filed electronically the foregoing with the Clerk using the ECF system, and served a copy of the within document:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[X] by transmitting via email attachment as set forth below on this date before 6:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Justin X. Wang, Esq.                lawbw@aol.com
Baughman & Wang
111 Pine St., Suite 1350
San Francisco, CA  94111
Tel.: (415) 576-9923
Fax:  (415) 576-9929

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare that I am employed in the office of a member of the bar of this court
2  at whose direction the service was made.
3  Executed on September 6, 2005, at Los Angeles, California.

_____
Mamie Page